IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROEUNGSEY SOPHORN,                        No.  CIV.S-04-2444 GEB DAD

      Plaintiff,
                                          ORDER TO SHOW CAUSE
  v.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

      Defendant.
_____/

      On November 17, 2004, the court issued a scheduling order which required plaintiff to file a motion for summary judgment and/or remand within a required time.  The required time has now expired, and plaintiff has not filed a motion for summary judgment and/or remand.  Good cause appearing, the court HEREBY ORDERS plaintiff to show cause in writing within twenty days of the filed date of this order why this case should not be dismissed for lack of prosecution.

/////

/////

1

1  Failure to <u>timely</u> file the required writing will result in a
2  recommendation that the case be dismissed.
3  DATED: May 4, 2005.

5  DAD:lg
   ddad1/orders.socsec/sophorn2444.osc

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

2