IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROEUNGSEY SOPHORN,　　　　　　　　　No.  CIV.S-04-2444 GEB DAD

　　　　Plaintiff,

　　　　　　　　　　　　　　　　　　　ORDER

　　v.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

　　　　Defendant.
_____/

　　　　By order filed May 5, 2005, plaintiff was directed to show cause in writing within twenty days why this case should not be dismissed for lack of prosecution.  On May 23, 2005, plaintiff filed the required motion for summary judgment.

　　　　Accordingly, the order to show cause filed on May 5, 2005, is HEREBY DISCHARGED.  This matter will proceed according to the

/////

/////

/////

1

1 | terms of the court's scheduling order filed November 17, 2004.
2 | DATED: June 6, 2005.

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
ddad1/orders.socsec/sophorn2444.dischargeOSC